JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLAN HALL,<br>　　　　Plaintiff,<br>　　v.<br>ANDREW M. SAUL, Commissioner of Social Security,<br>　　　　Defendant. | NO. CV 18-2642-KS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: August 16, 2019

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE